IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

STATE OF WASHINGTON,

               Respondent,

        v.

EARNEST COLLINS,

               Appellant.

No. 86367-3-I

DIVISION ONE

UNPUBLISHED OPINION

PER CURIAM — Earnest Collins appeals a superior court order denying his CrR 7.8 motion collaterally challenging a 2008 judgment and sentence upon convictions of arson in the first degree and aggravated murder in the first degree. Collins was 18 years old at the time of the crimes and, according to the law that applied at the time, the sentencing court imposed a mandatory sentence of life in prison without possibility of parole. *See* Former RCW 10.95.030 (1993).

After the Supreme Court issued its plurality decision in *In re Personal Restraint of Schoenhals*, __ Wn.3d __, 576 P.3d 554 (2025), the State filed a motion to withdraw its previously-filed responsive brief and concede error. While disagreeing as to the specific rationale for timeliness, the court unanimously held that Schoenhals' 1986 mandatory sentence of life without the possibility of parole for aggravated murder in the first degree, that Schoenhals committed at age 20, was unconstitutional. *Schoenhals*, 576 P.3d at 554. The State acknowledges that the decision in *Schoenhals* is dispositive and there is no principled basis to distinguish the circumstances in *Schoenhals* from those

here.   We accept the concession of error, vacate the trial court's order denying Collins's

CrR 7.8 motion, and remand for resentencing.

Reversed and remanded.

FOR THE COURT:

_____

Cheung, J.
_____

Díaz, J.
_____